Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **CENTRAL LABORERS' PENSION FUND, et al.,**  Plaintiffs,  vs.  **SECURITY FENCE CO., INC.,**  Defendant. | Case Number: **12-3319** |

### JUDGMENT IN A CIVIL CASE

  **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to the Order entered by the Honorable Sue E. Myerscough on March 12, 2013,  judgment is entered as follows:-----------------------------

1.   A total of **$1,513,359.06** for the period from January 1, 2008 through May 31, 2012.  This includes $1,374,358.24 in unpaid contributions; $137,435.82 in liquidated damages, and $1,565.00 for audit costs;

2.   A total of **$693.14** for November 2008 hours worked by Matthew Walsh.  This amount includes $630.13 in unpaid contributions and $63.01 in liquidated damages, and;

3.   Reasonable attorney's fees of **$2,057.95.** ----------------------------------------------------------

**Dated:**  March 12, 2013

                                                                s/ Kenneth A. Wells
                                                                Kenneth A. Wells
                                                                Clerk, U.S. District Court