IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, *et al.*,       )
                                                )
                            Plaintiffs,         )
vs.                                             )   No. 12-3319
                                                )
SECURITY FENCE CO., INC.,                       )
                                                )
                            Defendant.          )

## CITATION TO DISCOVER ASSETS

To:   Jeffrey H. Cole
      Registered Agent and President
      Security Fence Co., Inc.
      2022 S. Griswold
      Peoria, IL 61605

**YOU ARE COMMANDED** to appear before the Honorable presiding Magistrate Judge Byron Cudmore, at the United States District Court, Central District, 600 East Monroe Street, Springfield, Illinois on **June 11, 2013 at 2:00 p.m.** to be examined under oath concerning the property or income of, or indebtedness due the judgment creditors, CENTRAL LABORERS' PENSION FUND, et al.

On March 12, 2013, Judgment was entered in favor of the Plaintiffs and against the Defendant for payment of audit liabilities due, liquidated damages and audit costs in the amount of $1,513,359.06 and attorneys fees in the amount of $2,057.95. The sum of $1,515,417.01 remains unsatisfied.

**YOU ARE COMMANDED** to produce all documents requested on the attached **Schedule A**, including, but not limited to, any and all books, papers or records in your possession or control which may contain information concerning the property or income of, or indebtedness of SECURITY FENCE CO., INC.

**YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which he may be entitled or which may be acquired by or become due to him and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to him, until the further order of court or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment.

## YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.

WITNESS, __4/16__, 2013.

(SEAL)

s/ Kenneth A. Wells
Clerk of Court

James P. Moody
**CAVANAGH & O'HARA**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL 62705
Telephone: (217) 544-1771

## SCHEDULE A

1. All financial statements including balance sheet and profit and loss (income) statements of SECURITY FENCE CO., INC., for the years 2011 to current.

2. Federal and State Income Tax Returns for SECURITY FENCE CO., INC., for the years 2011 to current.

3. Detailed records of account receivables and equipment owned by SECURITY FENCE CO., INC.

4. All deeds relating to real estate owned in part or in toto by SECURITY FENCE CO., INC.

5. Checking account statements, savings account statements, and investment statements regarding assets owned in part or in toto by SECURITY FENCE CO., INC.

6. Titles or other documents pertaining to any motor vehicles and/or boats owned in part or in toto by SECURITY FENCE CO., INC.

7. Check registers or similar records identifying payee, check number and amount of payment and all bank statements for 2012 and 2013.

F:\files\CENTRAL\Security Fence Co., Inc\ctda.wpd