IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

CENTRAL LABORERS' PENSION FUND, *et al.*,  )
                                                                )
             Plaintiffs,                )
vs.                                                  )  No. 12-3319

SECURITY FENCE CO., INC.,             )

             Defendant.               )

### THIRD PARTY CITATION TO DISCOVER ASSETS

To:    Busey Bank
        Legal Department
        Attn: Kathy Joop
        201 W. Main
        Urbana, IL 61801

**IF YOU FAIL TO APPEAR IN COURT AS DIRECTED IN THIS NOTICE, YOU MAY BE ARRESTED AND BROUGHT BEFORE THE COURT TO ANSWER TO A CHARGE OF CONTEMPT OF COURT, WHICH MAY BE PUNISHABLE BY IMPRISONMENT IN THE COUNTY JAIL.**

    **YOU ARE COMMANDED** to appear before Magistrate Judge Thomas P. Schanzle-Haskins at the United States District Court, 600 E. Monroe Street, Springfield, IL 62701, on May 7, 2014, at 11:00 a.m., to be examined under oath concerning the property or income of, or indebtedness due, the judgment creditors, CENTRAL LABORERS' PENSION FUND, *et al.*

    On March 12, 2013, Judgment was entered against Defendant, Security Fence Co., Inc., in the total amount of $1,516,110.15. The Judgment included the following amounts: $1,374,358.24 in unpaid contributions for the time period of January 1, 2008 through May 31, 2012, $137,435.82 in liquidated damages, $1,565.00 in audit costs, $693.14 in other unpaid contributions and liquidated damages for the month of November, 2008, and $2,057.95 in attorney's fees. On June 11, 2013, Defendant, remitted $10,000.00 to Plaintiffs. This $10,000.00 payment represents all payments that Defendant has made towards the Judgment. Thus, a total balance of $1,506,110.15, plus judgment interest of nine percent (9%), remains due and owing to Plaintiffs, Central Laborers' Pension Fund, *et al.*

    **YOU ARE PROHIBITED** from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the judgment debtor or to which the judgment debtor may be entitled or which may be acquired by or become due to the judgment debtor and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to the judgment debtor, until the further order of court

or termination of the proceedings. You are not required to withhold the payment of any money beyond double the amount of judgment. <u>You are responsible for providing Answers to the Third Party Citation Proceeding on the attached pages.</u>

WITNESS April 9, 2014.

(SEAL)

_Kenneth A. Wells_
Clerk of Court

The undersigned certifies that the statements set forth in this instrument are true and correct and provide the required information under 735 Ill. Comp. Stat. 5/2-1402(b).

s/ Timothy J. Shrake II
Timothy J. Shrake II
**CAVANAGH & O'HARA LLP**
Attorneys for Plaintiffs
407 East Adams
Post Office Box 5043
Springfield, IL  62705
Telephone:  (217) 544-1771
Facsimile: (217) 544-9894
timshrake@cavanagh-ohara.com

2